UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 2 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Robin Head,                          )
                                     )
            Plaintiff,               )
                                     )
    v.                               )      Civil Action No.
                                     )
NSA *et al.*,                        )          13-1192
                                     )
                                     )
            Defendants.              )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is a resident of Las Vegas, Nevada, and former "owner of Playboy Escorts, a call girl service" in Houston, Texas. Compl. at 1 & Attach. She sues the United States and certain agencies and agency components for "predatory sextortions" allegedly committed by the National Security Agency, the Federal Bureau of Investigation, the Central Intelligence Agency, and the Bureau of Alcohol, Tobacco, Firearms and Explosives. Compl. at 1. Plaintiff alleges that such acts were committed "via military equipment, intelligence/counter-intelligence, hacking, wiretap, etc.," and that "President Bill Clinton was their stated target for me to take out initially," but that "state & political officials such as judges, etc. was [sic] also stated as part of the endless list." *Id.* The foregoing statements are just the first paragraph of the complaint, which continues in this incredulous manner for four more pages.

*N*

3

Plaintiff cites her previous case the District of Nevada dismissed, not surprisingly, "with prejudice as delusional and frivolous." *Id.* at 6; *see Head v. FBI*, No. 2:08-CV-01028, 2008 WL 4981347 (D.Nev. Nov. 19, 2008) (finding the plaintiff's similarly pleaded allegations "fantastic, delusional, irrational, and frivolous"). The instant complaint fares no better because it, too, presents the type of fantastic or delusional scenarios warranting dismissal of the case under section 1915(e) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994); *see also Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: July 30, 2013